# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FERNANDO PACCHIEGA,

    Plaintiff(s),

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION and GOLDMAN, SACHS & CO.,

    Defendant(s).

2:13-CV-478 JCM (PAL)

**ORDER**

Presently before the court is plaintiff Fernando Pacchiega's motion to voluntarily dismiss defendant Goldman, Sachs & Co ("Goldman"). (Doc. # 13).

Plaintiff seeks to dismiss its claims against Goldman pursuant to Fed. R. Civ. P. 41(a)(2). (*Id.*). Pursuant to Fed. R. Civ. P. 41(a)(2), the court may dismiss an action at plaintiff's request on terms the court considers proper.

Here, Goldman has not asserted any counterclaims. Thus, the court finds that there will be no prejudice to any remaining party in this matter if dismissal is granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Fernando Pacchiega's motion to voluntarily dismiss defendant Goldman (doc. # 13) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiff's claims against defendant Goldman are dismissed without prejudice.

IT IS FURTHER ORDERED that defendant Goldman's motion to dismiss (doc. # 5) be, and the same hereby is, DENIED as moot.

DATED May 15, 2013.

_____
**UNITED STATES DISTRICT JUDGE**